**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UTOPIA ENTERTAINMENT, ET AL. | CIVIL ACTION NO. 03-1355 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CLAIBORNE PARISH, ET AL. | MAGISTRATE JUDGE HAYES |

**ORDER**

Before the Court is a "Motion For Summary Judgment On Behalf Of [Defendant] Admiral Insurance Company." (Record Document 111). The motion for summary judgment was referred to the Magistrate Judge for Report and Recommendation.

This Court has thoroughly reviewed the Report and Recommendation of the Magistrate Judge (Record Document 220), the objections and responses of the parties (Record Documents 238, 247, 248, 254, & 255), applicable case law, and pertinent policy language in this case and finds that the alleged copyright infringement at issue is not a "personal and advertising injury" under the Admiral Insurance Company policy. Further, the Court finds that the alleged copyright infringement in this case does not fall within the ambit of Endorsement No. 5, which is entitled "CIVIL RIGHTS COVERAGE." As stated by the Magistrate Judge, this endorsement clearly "reveals an intention to limit the covered 'rights' to civil rights." Record Document 220 at 5.

Accordingly;

The Report and Recommendation of the Magistrate Judge (Record Document 220) having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion for Summary Judgment (Record Document 111) filed by Defendant, Admiral Insurance Company, be and is hereby **GRANTED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of March, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE