# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

**UTOPIA ENTERTAINMENT, INC.**     *     **CIVIL ACTION NO. 03-1355**

**VERSUS**     *     **JUDGE JAMES**

**CLAIBORNE PARISH through its SHERIFF**     *     **MAGISTRATE JUDGE HAYES**
**KENNETH VOLENTINE, ET AL**

## RULING AND ORDER[1]

Before the undersigned Magistrate Judge, on reference from the District Court, is a Motion for Leave to File Complaint of Newly Joined Plaintiffs (Document No. 267) filed by plaintiffs, Rap-A-Lot Records, Suave House, Inc., Warren Cotton d/b/a Ceiba Enterprises, and Par-La Records, LLC (collectively "Plaintiffs"). Each of the defendants in this case opposes Plaintiffs' motion. (Document Nos. 284-288). For reasons stated below, the motion is **GRANTED as modified by this ruling.**

Generally, leave to amend or file a pleading should be "freely given when justice so requires." *See* Fed. R. Civ. P. 15(a). Here, Plaintiffs, who have been joined as plaintiffs but have not yet filed a pleading in this case, seek leave to file their complaint. In this context, leave to file is absolutely necessary if the Plaintiffs are to have any role in this case. However, Plaintiffs may not use their complaint to bring new claims against the defendants who have already prevailed on summary judgment or to re-litigate the court's prior rulings in connection therewith; a complaint may not be used as a tool to circumvent a court's prior rulings. *See Schiller v. Physicians Resource Group, Inc.*, 342 F.3d 563, 566 (5th Cir. 2003) (listing considerations for

---

[1] As this is not one of the motions excepted in 28 U.S.C. § 636(b)(1)(A), nor dispositive of any claim on the merits within the meaning of Rule 72 of the Federal Rules of Civil Procedure, this ruling is issued under the authority thereof, and in accordance with the standing order of this court. Any appeal must be made to the district judge in accordance with Rule 72(a) and L.R. 74.1(W).

granting leave to amend under Rule 15). On March 23, 2006, the Court granted the motions for summary judgment filed by Endurance and Admiral, dismissing them from this action with prejudice. In granting the motion, the court noted that Copyright infringement is not the type of claim cognizable under section 1983.

With those points in mind, the Newly-joined Plaintiffs' motion for leave to file their complaint is **GRANTED** to the extent that Plaintiffs' complaint does not circumvent the Court's prior rulings on Endurance's and Admiral's motions for summary judgment. Thus, **IT IS ORDERED** that motion for leave to file is **GRANTED** except that the amended complaint is in no way to apply to defendants who have already been dismissed from this action, and allegation number 18 of the proposed pleading, which alleges a claim against the defendants under section 1983, is **ORDERED stricken**.

**THUS DONE AND SIGNED** at Monroe, Louisiana, this 29th day of March, 2006.

KAREN L. HAYES
U. S. MAGISTRATE JUDGE